**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. WELLS FARGO BANK & UNION TRUST COMPANY, Respondent.**

**No. 7746.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 5, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, Norman D. Keller, and Louise Foster, Sp. Assts. to Atty. Gen., for petitioner.

Sidney M. Ehrman, Donald W. Falconer, and Heller, Ehrman, White & McAuliffe, all of San Francisco, Cal., for respondent.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

MATHEWS, Circuit Judge.

The question presented in this case is identical with that presented in Commissioner v. Bank of California (C.C.A.) 80 F.(2d) 389, decided this day. What we said in that case is applicable here.

Decision affirmed.